IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 12-304-(1) |
| | : | |
| JONATHAN GARCIA | : | |

## ORDER

AND NOW, this 3rd day of June, 2021, upon consideration of Defendant Jonathan Garcia's Motion for Release (ECF No. 151), and the government's Response in Opposition (ECF No. 154), and for the reasons stated in the Court's accompanying Memorandum, it is hereby ORDERED that Mr. Garcia's Motion is DENIED without prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.